IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:25-mj-00342-WCM |
| v. ) | |
| ) | |
| ELDER MAURICIO PINEDA PUERTO ) | |
| _____ ) | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Consuelo Burch, Deportation Officer, Immigration and Customs Enforcement, United States Department of Homeland Security, being duly sworn, state the following:

### BACKGROUND

1. That your Affiant is a graduate of the Federal Law Enforcement Training Center ("FLETC") and has been employed as a federal officer of Immigration and Customs Enforcement ("ICE") and the United States Border Patrol ("USBP") for sixteen years, during which time she has conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act ("INA");

2. That the information contained in this Affidavit is based on your Affiant's personal participation in this investigation and from information provided to your Affiant by other law enforcement officers. This Affidavit is submitted for the limited purpose of presenting facts to support a probable cause finding for the issuance of a criminal complaint against Elder Mauricio Pineda Puerto a/k/a Elder Mauricio Pineda-Puerta, a/k/a Elder Maurici Pineda-Puerto, a/k/a Elder Mauricio Pineda-Puerto, a/k/a Elder Mauricio Pineda Puerta, a/k/a Elder Pineda-Puerto ("Pineda Puerto"). Your Affiant has not included each and every fact known to her concerning this investigation and she has set forth only those facts necessary for said purpose;

1

3. That sufficient facts exist to support a probable cause finding that Pineda Puerto has violated Title 8, United States Code, Section 1326(a)(1) (illegal reentry into the United States by a deported alien);

**FACTS SUPPORTING A PROBABLE CAUSE FINDING**

4. That, on April 6, 2024, Pineda Puerto was arrested by the Charlotte Mecklenburg Police Department for DRIVING WHILE IMPAIRED, and subsequently transported to Mecklenburg County Jail;

5. That, on April 6, 2024, Mecklenburg County Sheriff's Office arrest prints were submitted to the FBI pursuant to the federal initiative titled Secure Communities via an Immigration Alien Query. The fingerprint-based report disclosed that Pineda Puerto had been assigned FBI Number N1WP4DD5K, State Identification Number NC2274654A, and Immigration A-file Number 201-494-752, and related immigration records indicated that he was previously removed from the United States without record of legal re-entry. Subsequently, the same day, ICE Officers referred this case for further review to determine if he was amenable to an ICE enforcement action or the exercise of prosecutorial discretion. At that time no other enforcement action was taken;

6. That, on October 22, 2024, Pineda Puerto was convicted in Mecklenburg County District Court for DWI-LEVEL 5 and sentenced to 60 days of confinement, suspended for 24 months of unsupervised probation;

7. That, on December 2, 2024, a Mecklenburg County District Court Magistrate issued an arrest warrant for Pineda Puerto, which read "defendant unlawfully, willfully, and

feloniously did assault JOSE LUIZ COREA ORELLANA with LARGE KITCHEN KNIFE, a deadly weapon, inflicting serious injury";

8. That, on October 11, 2025, the Charlotte Mecklenburg Police Department arrested Pineda Puerto in Mecklenburg County for FELONY AWDW SERIOUS INJURY, SIMPLE AFFRAY, and CARRYING CONCEALED WEAPON;

9. That, on October 26, 2025, Mecklenburg County Sheriff's Office arrest prints were submitted to the FBI pursuant to the federal initiative titled Secure Communities via an Immigration Alien Query. The fingerprint-based report disclosed that Pineda Puerto had been assigned FBI Number N1WP4DD5K, State Identification Number NC2274654A, and Immigration A-file Number 201-494-752, and related immigration records indicated that he was previously removed from the United States without record of legal re-entry. Subsequently, ICE Officers contacted the Mecklenburg County Jail and were informed that no record was found of Pineda Puerto. The case was then referred to the ICE/ERO Charlotte Fugitive Operations Team;

10. That, on November 26, 2025, while conducting surveillance at a Charlotte address associated with Pineda Puerto, ICE Deportation Officer J. Soubra visually identified Pineda Puerto coming out of the residence and entering the driver's side of a red pickup truck, which was also linked to Pineda Puerto. ICE Deportation Officer K. Jones initiated a vehicle stop, but Pineda Puerto failed to stop and fled on foot while the vehicle he was driving was still moving;

11. That your Affiant conducted criminal justice inquiries and database searches, reviewed Immigration A-file 201-494-752 relating to Pineda Puerto, and discovered that:

   a. his name is Elder Mauricio Pineda Puerto, per a copy of his Honduran passport Number F827382 in his Immigration A-file;
   b. he is also known as Elder Mauricio Pineda-Puerta, Elder Maurici Pineda-Puerto, Elder Mauricio Pineda-Puerto, Elder Mauricio Pineda Puerta, and Elder Pineda-Puerto;

c. he is citizen of Honduras by virtue of birth on July 20, 1994, per a copy of his Honduran passport Number F827382 in his Immigration A-file. He has also used July 20, 1995, as his date of birth;
d. he was assigned FBI number N1WP4DD5K, State Identification Number NC2274654A, North Carolina Driver's License Numbers 48455224 and 46575955;
e. on April 3, 2019, Homeland Security Investigations personnel encountered Pineda Puerto at or near Carnesville, Georgia. Pineda Puerto was determined to be an alien unlawfully present in the United States and issued a Notice to Appear (agency form I-862);
f. on May 2, 2019, Pineda Puerto was ordered removed from the United States to Honduras by an Immigration Judge in Atlanta, Georgia;
g. on May 20, 2019, agency form I-205 (Warrant of Removal/ Deportation) was executed by including Pineda Puerto's photograph, fingerprint, and signature. Pineda Puerto was removed from the United States to Honduras via ICE-removal flight at Columbus, Georgia, and he was advised prior to removal that it is a crime under Title 8, United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;
h. on December 30, 2023, the Locust, North Carolina, Police Department in Stanly County cited Pineda Puerto for NO OPERATORS LICENSE and OPEN CONTAINER AFTER CONSUMPTION OF ALCOHOL;
i. on February 22, 2024, Pineda Puerto was convicted in Stanly County, North Carolina, District Court for the lesser offense of FAIL TO NOTIFY DMV OF ADDRESS CHANGE;

12. That, on December 17, 2025, Deportation Officer C. Burch submitted the Mecklenburg County, NC, Sheriff's Office arrest prints tenprint card from Pineda Puerto's DRIVING WHILE IMPAIRED arrest, dated April 6, 2024, (obtained from the North Carolina State Bureau of Investigations), through Next Generation Identification (NGI), which is connected to the National Crime Information Center (NCIC), and IDENT, the automated biometric identification system used by ICE. The fingerprint-based reports that were generated disclosed that he had been assigned FBI Number N1WP4DD5K, State Identification Number NC2274654A, and Immigration A-file Number 201-494-752; and

13. That, on December 17, 2025, after a thorough review of the A-file, your Affiant conducted record checks of immigration indices and was unable to locate any record that Pineda Puerto was granted permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for admission to the United States after deportation/removal.

## **CONCLUSION**

Based on the above information, your Affiant respectfully asserts that sufficient probable cause exists to issue a criminal complaint against Elder Mauricio Pineda Puerto for violating Title 8, United States Code, Sections 1326(illegal reentry by a previously deported alien).

*Assistant United States Attorney Kenneth Smith reviewed this Affidavit.*

RESPECTFULLY SUBMITTED,

/s/ Consuelo Burch

Consuelo Burch, Deportation Officer
United States Immigration and Customs Enforcement

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 19th day of December, 2025, at 2:32 PM.

W. Carleton Metcalf
United States Magistrate Judge